**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: EDUARDO ENRIQUE VALLEJO<br><br>Debtor,<br><br>----------------------------------------<br><br>EDUARDO ENRIQUE VALLEJO,<br><br>Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),<br><br>Appellee. | No. 24-7612<br><br>BAP No. 23-1107<br><br>MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Gan, Corbit, and Spraker, Bankruptcy Judges, Presiding

Submitted June 22, 2026[**]

Before:    CANBY, BENNETT, and BADE, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Eduardo Enrique Vallejo appeals pro se from the Bankruptcy Appellate Panel's ("BAP") judgment affirming the bankruptcy court's order dismissing his adversary complaint. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo the BAP's decision and apply the same standard of review that the BAP applied to the bankruptcy court's ruling. *Licup v. Jefferson Ave. Temecula LLC* (*In re Licup*), 95 F.4th 1234, 1237 (9th Cir. 2024). We affirm.

The bankruptcy court did not abuse its discretion by dismissing Vallejo's adversary complaint without leave to amend because amendment would have been futile. *See Reddy v. Litton Indus., Inc.*, 912 F.2d 291, 296 (9th Cir. 1990) (setting forth the standard of review and explaining that dismissal without leave to amend is proper when amendment would be futile).

We do not consider issues not specifically and distinctly argued in the opening brief or issues raised for the first time on appeal. *See Roley v. Google LLC*, 40 F.4th 903, 911 (9th Cir. 2022).

All pending motions and requests are denied.

**AFFIRMED.**